# EXHIBIT C

# ROBLETO KURUCE, PLLC

## Client Balance Detail
All Dates

| DATE | TRANSACTION TYPE | NUM | DUE DATE | AMOUNT | OPEN BALANCE | BALANCE |
|---|---|---|---|---:|---:|---:|
| DFT Beneficiaries (Flint and Lorraine) | | | | | | |
| 04/25/2022 | Invoice | I-382 | 05/25/2022 | 22,410.81 | 18,310.35 | 18,310.35 |
| 04/25/2022 | Invoice | I-384 | 05/25/2022 | 3,458.43 | 3,458.43 | 21,768.78 |
| 04/25/2022 | Invoice | I-385 | 05/25/2022 | 19,565.93 | 19,565.93 | 41,334.71 |
| 04/25/2022 | Invoice | I-386 | 05/25/2022 | 18,105.30 | 18,105.30 | 59,440.01 |
| 04/25/2022 | Invoice | I-418 | 05/25/2022 | 38,170.73 | 38,170.73 | 97,610.74 |
| 10/18/2023 | Invoice | I-431 | 11/17/2023 | 19,825.94 | 19,825.94 | 117,436.68 |
| 10/18/2023 | Invoice | I-432 | 11/17/2023 | 12,835.06 | 12,835.06 | 130,271.74 |
| 10/18/2023 | Invoice | I-433 | 11/17/2023 | 13,771.97 | 13,771.97 | 144,043.71 |
| 10/18/2023 | Invoice | I-434 | 11/17/2023 | 15,081.11 | 15,081.11 | 159,124.82 |
| 10/18/2023 | Invoice | I-435 | 11/17/2023 | 5,693.18 | 5,693.18 | 164,818.00 |
| 10/18/2023 | Invoice | I-436 | 11/17/2023 | 3,821.29 | 3,821.29 | 168,639.29 |
| 10/18/2023 | Invoice | I-437 | 11/17/2023 | 13,073.60 | 13,073.60 | 181,712.89 |
| 10/18/2023 | Invoice | I-438 | 11/17/2023 | 2,507.76 | 2,507.76 | 184,220.65 |
| 10/18/2023 | Invoice | I-439 | 11/17/2023 | 11,537.68 | 11,537.68 | 195,758.33 |
| 10/18/2023 | Invoice | I-440 | 11/17/2023 | 10,248.13 | 10,248.13 | 206,006.46 |
| 10/18/2023 | Invoice | I-441 | 11/17/2023 | 17,893.79 | 17,893.79 | 223,900.25 |
| 10/18/2023 | Invoice | I-442 | 11/17/2023 | 7,981.26 | 7,981.26 | 231,881.51 |
| 10/18/2023 | Invoice | I-443 | 11/17/2023 | 14,128.28 | 14,128.28 | 246,009.79 |
| 10/18/2023 | Invoice | I-444 | 11/17/2023 | 6,114.23 | 6,114.23 | 252,124.02 |
| 10/18/2023 | Invoice | I-446 | 11/17/2023 | 17,372.35 | 17,372.35 | 269,496.37 |
| 10/18/2023 | Invoice | I-447 | 11/17/2023 | 20,491.82 | 20,491.82 | 289,988.19 |
| 10/18/2023 | Invoice | I-448 | 11/17/2023 | 23,163.76 | 23,163.76 | 313,151.95 |
| 10/18/2023 | Invoice | I-449 | 11/17/2023 | 7,420.92 | 7,420.92 | 320,572.87 |
| 10/18/2023 | Invoice | I-450 | 11/17/2023 | 10,238.02 | 10,238.02 | 330,810.89 |
| 10/18/2023 | Invoice | I-451 | 11/17/2023 | 6,370.61 | 6,370.61 | 337,181.50 |
| 10/18/2023 | Invoice | I-452 | 11/17/2023 | 14,845.52 | 14,845.52 | 352,027.02 |
| **Total for DFT Beneficiaries (Flint and Lorraine)** | | | | **$356,127.48** | **$352,027.02** | |
| **TOTAL** | | | | **$356,127.48** | **$352,027.02** | |