# EXHIBIT D



**METZ LEWIS BRODMAN MUST O'KEEFE**

444 Liberty Ave. | Suite 2100 | Pittsburgh, PA 15222 | 412.918.1100 | www.metzlewis.com

December 19, 2023

**Via Certified Mail, First-Class Mail, and Email**

Lorraine Dille Williams
186 Shelter Lane
Jupiter, FL 33469
ldille123@aol.com

26th Century Ventures, LLC
Attention: Don Murphy, President
4435 Dundee Drive
Los Angeles CA 90027
donmurphy@donmurphy.net

Robert Nicholas Flint Dille
10966 Strathmore #4
Los Angeles, CA 90024
flintdille@gmail.com

Re:   **Robleto Kuruce, PLLC – Past Due Account
          Demand for Payment**

Dear Ms. Williams, Mr. Dille, & Mr. Murphy:

This firm is counsel to Robleto Kuruce, PLLC f/k/a Robleto Law, PLLC (the "Law Firm") in connection with the above-described matter. Reference is hereby made to that certain Engagement Agreement for Legal Services dated March 10, 2019 (the "Engagement Agreement"). In accordance with the terms of the Engagement Agreement, the Law Firm provided certain legal services as more specifically described therein. You agreed to pay the Law Firm for these services on an hourly basis at billing rates ranging from $110 for paralegals to $320 for senior attorneys. The Law Firm furnished periodic invoices to you including an itemized detail of the tasks performed by each professional and the amount of time billed for each task. As of the date of this letter, and notwithstanding the terms and conditions of the Engagement Agreement, you have failed and/or otherwise refused to pay the Law Firm in full for all services rendered. As of the date of this correspondence, a total of $352,027.02, together with all accruing legal fees, is due. Demand is hereby made for payment of the same.

In the event you do not make payment in full to the Law Firm within ten (10) days of the date of this letter, the Law Firm has authorized the undersigned to take any and all steps necessary to collect the outstanding amount due as permitted under Pennsylvania law. This may include, among other things, filing an action against you before a court of competent jurisdiction, wherein the Law Firm will seek all damages, interest, costs, and attorneys' fees available to it under the

Direct Dial: 412.918.1158                                                                                                          E-mail: jtuskan@metzlewis.com

Lorraine Dille Williams
Robert Nicholas Flint Dille
26th Century Ventures, LLC – Don Murphy, President
December 19, 2023
Page 2 of 2

Engagement Agreement, at law, or otherwise. In addition, late fees in the amount of one-percent (1.00%) per month will continue to accrue until payment is received. As a reminder, each of you are jointly a severally liable for the sums due and owing to the Law Firm. To that end, the Law Firm will pursue its remedies against all parties unless and until paid in full.

The Law Firm expressly reserves all rights and remedies available to it under the Engagement Agreement, at law, or in equity as a result of your breach thereof. No delay on the part of the Law Firm to take any action shall be construed to constitute a waiver of the Law Firm's rights and remedies under the Engagement Agreement or impair or otherwise prejudice the later exercise of any such rights or remedies. Nothing contained in this letter, nor in any prior or subsequent communication among or between the Law Firm and you, nor any action by the Law Firm nor any failure by it to act, shall be construed to constitute or shall be deemed as: (a) a course of dealing obligating the Law Firm to take or not take any action at any time; or (b) an agreement to forbear from exercising any rights under the Engagement Agreement or otherwise.

To avoid the embarrassment, expense, and inconvenience that will accompany litigation, I urge you to contact me immediately to make payment arrangements. Otherwise, you should consider the seriousness of this communication, and the Law Firm's intentions, and govern yourselves accordingly. Thank you for your prompt attention to this matter.

Regards,

Justin M. Tuskan

JMT/mm